Terri Dampier
Regarding: John Wyss
1502 28th Ave
Monroe, WI 53566
608-329-6658
Teresa.dampier@tdstelecom.com

RECEIVED
OCT 25 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
300 Fannin Street
Shreveport, Louisiana 71101-3083

Attention:
JUDGE
S. Maurice Hicks, Jr.

SENIOR JUDGE
Donald E. Walter

JUDGE
Elizabeth Erny Foote

SENIOR JUDGE
Tom Stagg

MAGISTRATE JUDGE
Mark L. Hornsby

Dear Honorable Judges S. Maurice Hicks, Donald E. Walter, Elizabeth Erny Foote, Tom Stagg and Mark L. Hornsby:

<u>Request for removal of Curtis Shelton:</u>

Please accept this request to have a new Attorney appointed to represent my brother John Wyss regarding his request for appeal. It is my understanding that my brother John requested new representation while in Court for sentencing. Mr. Shelton has filed the appeal (included with this request) and has indicated that he will be representing John for the appeal unless "unless the judge orders that I am relieved." I do not feel that Mr. Shelton had the experience to represent John in a case of this magnitude and I question his ability to handle an appeal.

Can new representation please be considered?

Thank you for your time and dedication.

Kind Regards,

Terri Dampier

1502 28th Ave
Monroe, WI 53566
608-329-6658
Teresa.dampier@tdstelecom.com

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR NO. 10-CR-00319-16 |
| VERSUS | JUDGE: HON. S. MAURICE HICKS, JR |
| JOHN WYSS A/K/A BONES | MAGISTRATE JUDGE HORNSBY |

**NOTICE OF APPEAL**

NOW INTO COURT, through undersigned counsel, comes JOHN WYSS, made defendant herein, who hereby gives noticed that he appeals to the United States Court of Appeals for the Fifth Circuit from the conviction and sentence entered by the judgment imposed on this case on September 6, 2012, which was signed on September 7, 2012, and filed and entered on September 10, 2012, as Document No. 753.

Respectfully Submitted,

AYRES, WARREN, SHELTON & WILLIAMS, L.L.C.


By: /s/ Curtis R. Shelton
Curtis R. Shelton
La. Bar Roll No. 17137
Suite 1400, Regions Tower
333 Texas Street (71101)
P. O. Box 1764
Shreveport, LA 71166-1764
Telephone: (318) 227-3500
Direct Dial: (318) 227-3306
Facsimile: (318) 227-3980
Cell Phone: (318) 470-9010
E-mail: curtisshelton@awsw-law.com

ATTORNEYS FOR JOHN WYSS

Date: September 10, 2012

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appeal was filed electronically with the Clerk of Court using the CM/ECF system. Notice of the filing will be sent to Assistant United States Attorney John Luke Walker and all other counsel of record, via notice of electronic filing on this 10th day of September, 2012.

/s/ Curtis R. Shelton

Teresa Dampier
1502 28th Ave
Monroe, WI 53566-3145

RECEIVED
OCT 25 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY

7110 1312 2592

MADISON WI 535
22 OCT 2012 PM 2 L

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION
Attention:
MAGISTRATE JUDGE: Mark L. Hornsby
300 Fannin Street
Shreveport, Louisiana 71101-3083



FOREVER
2012