IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 10-CR-00319-16 |
| ) | |
| John Wyss, a.k.a. Bones ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 29, 2013 and ending on August 27, 2013. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2013 at Shreveport, LA.

Jennifer Broussard
Paralegal Specialist



GOVERNMENT EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA, SHREVEPORT DIVISION**
**COURT CASE NUMBER: 10-CR-00319-16; NOTICE OF FORFEITURE**

Notice is hereby given that on July 24, 2013, in the case of <u>U.S. v. John Wyss, a.k.a. Bones</u>, Court Case Number 10-CR-00319-16, the United States District Court for the Western District of Louisiana entered an Order condemning and forfeiting the following property to the United States of America:

1998 Freightliner Tractor VIN# 1FUYDZYB1WP784215 (11-CBP-000465) which was seized from John R. Wyss on November 06, 2010 at Border Patrol Checkpoint, located in Laredo, TX

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (July 29, 2013) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 300 Fannin Street, Suite 3201, Shreveport, LA 71101, and a copy served upon Assistant United States Attorney John Luke Walker, 300 Fannin Street, Suite 3201, Shreveport, LA 71101. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between July 29, 2013 and August 27, 2013. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. John Wyss, a.k.a. Bones

**Court Case No:** 10-CR-00319-16
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 07/29/2013 | 24.0 | Verified |
| 2 | 07/30/2013 | 24.0 | Verified |
| 3 | 07/31/2013 | 24.0 | Verified |
| 4 | 08/01/2013 | 24.0 | Verified |
| 5 | 08/02/2013 | 24.0 | Verified |
| 6 | 08/03/2013 | 24.0 | Verified |
| 7 | 08/04/2013 | 24.0 | Verified |
| 8 | 08/05/2013 | 24.0 | Verified |
| 9 | 08/06/2013 | 24.0 | Verified |
| 10 | 08/07/2013 | 24.0 | Verified |
| 11 | 08/08/2013 | 24.0 | Verified |
| 12 | 08/09/2013 | 24.0 | Verified |
| 13 | 08/10/2013 | 23.6 | Verified |
| 14 | 08/11/2013 | 24.0 | Verified |
| 15 | 08/12/2013 | 24.0 | Verified |
| 16 | 08/13/2013 | 24.0 | Verified |
| 17 | 08/14/2013 | 24.0 | Verified |
| 18 | 08/15/2013 | 24.0 | Verified |
| 19 | 08/16/2013 | 24.0 | Verified |
| 20 | 08/17/2013 | 24.0 | Verified |
| 21 | 08/18/2013 | 24.0 | Verified |
| 22 | 08/19/2013 | 23.9 | Verified |
| 23 | 08/20/2013 | 24.0 | Verified |
| 24 | 08/21/2013 | 24.0 | Verified |
| 25 | 08/22/2013 | 24.0 | Verified |
| 26 | 08/23/2013 | 24.0 | Verified |
| 27 | 08/24/2013 | 24.0 | Verified |
| 28 | 08/25/2013 | 24.0 | Verified |
| 29 | 08/26/2013 | 24.0 | Verified |
| 30 | 08/27/2013 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.